**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio Ivan CERVANTES–MORALES,**
**Defendant–Appellant.**

**No. 13–10057.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 19, 2013.*

Decided Dec. 6, 2013.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee

Andrea Lynn De Castillo, Andrea L. Matheson–Matheson Law Firm, P.C., Tucson, AZ, Defendant–Appellant.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Sergio Ivan Cervantes–Morales appeals from the district court's judgment and challenges his guilty-plea conviction and 60–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cervantes–Morales's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cervantes–Morales the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).